ALAN MOSS
P.O. Box 721
Moss Beach CA 94038

RECEIVED
SDNY PRO SE OFFICE
2015 NOV -2 PM 1:10

Tel: (415)494-8314
Fax: (650)728-0738
e-mail: alanmoss.office@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/3/15

October 29, 2015
VIA OVERNIGHT MAIL

Hon. Lorna G. Schofield
U.S. District Court
In and for the Southern District of New York
500 Pearl Street, Room 200(*Pro Se* Intake Unit)
New York NY 10007

Re: In Re Residential Capital,
Action No. 15 Civ. 1740(LGS) 15 Civ. 7140

Dear Judge Schofield:

I am the appellant in the above-captioned case. I am *pro se*, and understand that this communication can only be by mail. In the bankruptcy court, I was not allowed to sign up for ECF.

I understand that there is a 25-page limit applicable to the opening brief. Due to the complexity of the issues arising in the bankruptcy court, and the need to provide background material, I am requesting permission to file an opening brief that is no longer than 35 pages in length. I may not need all of these additional pages, but to be safe, it would be appreciated.

Thank you very much for your consideration.

Very truly yours,

ALAN MOSS

APPLICATION GRANTED in part. Per the Court's order of September 16, 2015 (Dkt. #2), the length of the briefs is governed by FRBP Rule 8015, which provides for a a principal brief not to exceed 30 pages and a reply brief not to exceed 15 pages. Those page limits shall apply.

Dated: November 3, 2015
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**EXPRESS MAIL®**
UNITED STATES POSTAL SERVICE

# Flat Rate Mailing Envelope

**For Domestic and International Use**

**Visit us at usps.com**

EMS

When used internationally
x customs declarations
Form 2976, or 2976A).

EL064582555US

UNITED STATES POSTAL SERVICE®

PRIORITY ★ MAIL ★ EXPRESS™

Place M

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (415) [illegible]
Alan Moss
PO Box [illegible]
Moss Beach CA 94038

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )
Hon. Lorna G. Schofield
Judge, US District Court
500 Pearl Street, Room 200
NY NY

ZIP + 4® (U.S. ADDRESSES ONLY)
10007

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 94038 | Scheduled Delivery Date (MM/DD/YY): 10/30/15 | Postage: $ 19.99 | |
| Date Accepted (MM/DD/YY): 10/29/15 | Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 12:54 ☐ AM ☐ PM | 10:30 AM Delivery Fee: $ | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Weight ☒ Flat Rate lbs. ozs. | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 19.99 | |
| | Acceptance Employee Initials: [illegible] | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| | | |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, JANUARY 2014 PSN 7690-02-000-9996 3-ADDRESSEE COPY

*USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps*

Cradle to Cradle Certified℠ is a certification mark of MBDC.

cycle.

Paper

EP13F

Visit us at us

RECEIVED
SDNY PRO SE OFFICE
2015 NOV -2 PM 1:10

*This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; Oct. 2008; All rights reserved.*

082708_EM_EP13F OCT 2008